## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID R. OWENS,

    Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC., ALDRIDGE CONNORS LLP, THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BACK SECURITIES BEAR STEARNS ALT A TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-1,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
1:15-CV-02886-ODE-GGB

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 8, 9, and 12, Defendants Select

Portfolio Servicing, Inc. ("SPS"), and The Bank of New York Mellon, as f/k/a The

Bank of New York as Successor in Interest to JP Morgan Chase Bank N.A., as

Trustee for Bear Stearns Asset Back Securities Bear Stearns Alt A Mortgage Pass

Through Certificates Series 2006-1 ("Trustee" and, together with SPS for the

1

purposes of this Motion, "Defendants"), move this Court for an order dismissing this action with prejudice, including all claims and causes of action therein.

In support of this Motion, Defendants rely upon the pleadings and documents filed by Plaintiff David R. Owens, the Court's record in this action, and the Memorandum of Law with the identified supporting exhibits, filed contemporaneously herewith.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing motion has been prepared in compliance with Local Rule 5.1 (B) and (C), using 14-point Times New Roman font.

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

2

DATED:  August 28, 2015.

Respectfully submitted,

**LOCKE LORD LLP**

/s/ *John Michael Kearns*
Elizabeth J. Campbell
Georgia Bar No. 349249
*ecampbell@lockelord.com*
John Michael Kearns
Georgia Bar No. 142438
*john.kearns@lockelord.com*
3333 Piedmont Road NE
Terminus 200, Suite 1200
Atlanta, GA  30305
Phone:  404-870-4600
Fax:  404-872-5547

*Attorneys for Defendants*
 *SPS and Trustee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2015, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record in this action:

Wm. Matt Suber
Aldridge Connors LLP
15 Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305

I further certify that I mailed the foregoing document by first-class mail to the following party:

David R. Owens
737 Winbrook Drive
McDonough, GA 30253
Plaintiff, *Pro Se*

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

*Attorneys for Defendants SPS and Trustee*

4

ATL:0530018/00945:435737v1