**BK:13764 PG:304-305**
Filed and Recorded Oct-13-2014 07:45 AM
DOC# 2014 - 022631
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY, GA
Participant ID: 9603785828

After recording return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

————————————————————————————————*[Space Above This Line For Recording Data]*————————————————————

Loan No.: 0013138284
MIN: 100032100000618064

# GEORGIA
## CORRECTIVE ASSIGNMENT OF SECURITY DEED

This Corrective Assignment is made to correct that certain Assignment recorded on July 31, 2012 in Book No. 12632 at Page No. 217 in the Office of the Henry County Recorder wherein, by error or mistake, the assignee was incorrect. This Corrective Assignment is intended to confirm the Assignment in all other respects and shall relate back to the effective date of the Assignment.

For value received, **Mortgage Electronic Registration Systems, Inc. ("MERS")** P.O. Box 2026, Flint, Michigan 48501-2026, as nominee for **PINE STATE MORTGAGE CORPORATION**, its successors and assigns, (herein "Assignor") has this day assigned and transferred and set over to **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, its successors and assigns, (herein "Assignee"), whose address is **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, as Assignee, its successors, representative and assigns, all its rights, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by **DAVID R OWENS**, dated **November 16, 2005** and recorded on **November 28, 2005.**

Property Address: 737 **WINBROOK DRIVE, MCDONOUGH, GA 30253**

such Security Deed having been given to secure payment of **One Hundred Thirty Six Thousand and 00/100ths ($136,000.00)** which Security Deed is of record in Book, Volume or Liber No. **008703**, at Page **0097** (or as No. **058455**) in the Office of the Superior County Clerk for **HENRY** County, State of Georgia, and all rights accrued or to accrue under such Security Deed.

MERS TELEPHONE: 1-888-679-6377

| Georgia Corrective Assignment of Security Deed (From MERS to a Non-MERS Servicer /Investor) | **MERS Modified** |
|---|---|
| JPMorgan Chase Bank N.A. Project W2768                      Page 1 of 2 | C23586GA 05/13 Rev. 03/14 |



**Exhibit A - 1**

BK:13764 PG:305

IN WITNESS WHEREOF, the undersigned Assignor has hereunto set its hand and seal this _22ⁿᵈ_ day of _Sept. 2019_ .

SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF:

Mortgage Electronic Registration Systems, Inc.
("MERS") as nominee for PINE STATE
MORTGAGE CORPORATION, its successors
and assigns:

Unofficial Witness            Katasha R. Gilbert

(Printed Name)            La Shayla D Staten

By: _____

Notary Public      WANDA INEZ KINSER            Assistant Secretary   ALEXIS C TURNER
My Commission Expires:  Life

**Ouachita**
County

**Louisiana**
State



MERS TELEPHONE: 1-888-679-6377

| Georgia Corrective Assignment of Security Deed (From MERS to a Non-MERS Servicer /Investor) | | MERS Modified |
|---|---|---|
| JPMorgan Chase Bank N.A. Project W2768 | Page 2 of 2 | C23586GA 05/13 Rev. 03/14 |



Exhibit A - 2