**BK:13764 PG:302-303**
Filed and Recorded Oct-13-2014 07:45 AM
DOC# 2014 - 022630
BARBARA A. HARRISON
CLERK OF SUPERIOR COURT
HENRY COUNTY, GA
Participant ID: 9603785828

After recording return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

————————————————————*[Space Above This Line For Recording Data]*————————————————————

Loan No.: 0013138284

# GEORGIA ASSIGNMENT OF SECURITY DEED

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Security Deed (herein "Assignor") has this day transferred, sold, assigned, conveyed and set over to **The Bank of New York Mellon fka The Bank of New York, as successor Trustee f/b/o holders of Bear Stearns Asset Backed Securities I, LLC, Bear Stearns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1,** (herein "Assignee"), whose address is **C/O Select Portfolio Servicing, Inc. 3815 South West Temple, Salt Lake City, UT 84115,** as Assignee, its successors, representative and assigns, all its rights, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by **DAVID R OWENS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR PINE STATE MORTGAGE CORPORATION,** dated **November 16, 2005** and recorded on **November 28, 2005.**

Property Address: **737 WINBROOK DRIVE, MCDONOUGH, GA 30253**

such Security Deed having been given to secure payment of **One Hundred Thirty Six Thousand and 00/100ths ($136,000.00)** which Security Deed is of record in Book, Volume or Liber No. **008703**, at Page **0097** (or as No. **058455**) in the Office of the Superior County Clerk for **HENRY** County, State of Georgia, and all rights accrued or to accrue under such Security Deed.

Georgia Assignment of Security Deed
JPMorgan Chase Bank N.A. Project W2768        Page 1 of 2        L73108GA 01/12 Rev. 02/14

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\* 0 0 1 3 1 3 8 2 8 4 \*

**Exhibit B - 1**

BK:13764 PG:303

IN WITNESS WHEREOF, the undersigned Assignor has hereunto set its hand and seal this ___22nd___ day of ___SEPT. 2014___ .

SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF:

Unofficial Witness _Katasha R Gilbert_

(Printed Name) _Lashayla Staten_

Notary Public    WANDA INEZ KINSER
My Commission Expires: _Life_

**Ouachita**
County

**Louisiana**
State

Assignor:
**JPMorgan Chase Bank, National Association**

By: _Alexis Turner_

Its: _VICE PRESIDENT_

Georgia Assignment of Security Deed
JPMorgan Chase Bank N.A. Project W2768                Page 2 of 2                L73108GA 01/12 Rev. 02/14


\* 0 0 1 3 1 3 8 2 8 4 \*

Exhibit B - 2