

October 1, 2013

 DAVID R OWENS
PO BOX 921967
NORCROSS, GA 30010

## PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.

### NOTICE OF DEFAULT
### RIGHT TO CURE

RE:    Loan Number:  0015194699 secured by real property located at
737 WINBROOK DRIVE
MCDONOUGH GA 30253

Dear Customer(s),

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is The Bank of New York, as successor Trustee f/b/o holders of Bear Stearns Asset Backed Securities I, LLC, Bear Stearns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 (c/o SPS, P.O. Box 65250, Salt Lake City, Utah 84165).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure together with payments which may subsequently become due, on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $16,480.64 (Amount Required to Cure) as itemized below:

**Exhibit F - 1**

| Itemization of Amount Required to Cure<br>Cure Date: 10/31/2013 | | |
|---|---|---|
| Payment due for 10/01/2011 | $ | 10,772.88 |
| *Total amount due includes Escrow Payments (Taxes/Insurance) of $0.00* | | |
| Accrued Late Charges | | 22.44 |
| Advances made on Customer's behalf | | 1,316.00 |
| Escrow advance balance (Deficit) | | 4,369.32 |
| **Total Amount Outstanding** | $ | **16,480.64** |
| Unapplied balance | | 0.00 |
| **AMOUNT REQUIRED AS OF October 1, 2013 TO CURE THE DEFAULT** | $ | **16,480.64** |

Additional payments may become due between the date of this letter and the Cure Date. If you wish to cure the default after those payments become due, they should be added to the Amount Required to Cure. You have thirty (30) days from the date of this notice to pay the Amount Required to Cure. This Cure Date is 10/31/2013. Fees and other charges may continue to be assessed to your account after the date of this letter pursuant to the terms of the Security Instrument. In addition, there may be other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account not itemized in this letter. While these amounts are not required to cure the payment default, you still owe these amounts. To obtain the amount required to bring the loan current, please contact SPS at our toll free number (800) 635-9698. SPS is not waiving its right to demand that you pay these amounts at a later date. SPS's acceptance of one or more payments for less than the Amount Required to Cure shall not be deemed a waiver of any rights under the Security Instrument.

**Possible Consequences of Default**
If SPS does not receive the Amount Required to Cure by the Cure Date, or if some loss mitigation alternative to foreclosure has not started, SPS may initiate foreclosure and require immediate payment in full of the entire outstanding unpaid amount on the account. In other words, SPS may accelerate all payments owing and sums secured by the Security Instrument. If that happens, you may lose your home. A foreclosure will result in the involuntary loss of the property via sale to the lender or another person may acquire the property by means of foreclosure and sale, and you may be evicted. Once foreclosure is initiated, additional amounts for legal fees and costs may be incurred.  These sums can be significant. They may be added to amounts secured by the Security Instrument, and they may be required to be paid, to the extent permitted by law, if you wish to reinstate or satisfy the loan after foreclosure is initiated.

**Payment Options**
Please provide payments to the following address:

| Sent via US Mail to:<br>**Select Portfolio Servicing, Inc.**<br>**PO BOX 65450**<br>**Salt Lake City, UT 84165** | Sent via overnight courier to:<br>**Select Portfolio Servicing, Inc.**<br>**Attn: Remittance Processing**<br>**3815 South West Temple**<br>**Salt Lake City, UT  84115-4412** |
|---|---|

**Exhibit F - 2**

Payments may be submitted in the following forms:
(a) Personal check
(b) Money order
(c) Bank wire (electronic funds transfer). Please contact SPS for the information necessary to complete a bank wire.
(d) Certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency.
(e) Western Union Quick Collect. Reference the loan number above and deliver to Code City: Oswald, Code State: UT.

In some circumstances, you may be able to submit a payment through EZ Pay by calling (800) 258-8602 or visiting our website at www.spservicing.com. Please remember that EZ Pay payments clear quickly, and you must have the funds in your checking account on the day you ask us to process a payment. We will obtain your consent prior to initiating payment and will advise you of any fee for this service which may be up to $15.00.

**You Have Options to Avoid Foreclosure!**
SPS is committed to home retention and offers many customer assistance programs designed to help customers avoid foreclosure. These programs are offered at no cost to our customers and may include special payment arrangements, structured repayment plans, or loan modifications. SPS is a participant in the federal government's Making Home Affordable Program (MHA), which is designed to help preserve home ownership or prevent foreclosure through modification, short sale, and deed-in-lieu options, if you are eligible. Even if you are not eligible for an MHA program, you may be eligible for an SPS loan resolution program, which could include an SPS loan modification or loan settlement alternative.

If you would like to learn more about these programs, you should immediately contact an SPS representative at our toll-free number, (800) 635-9698, or visit our website at www.spservicing.com or visit the U.S. Treasury Department's website at www.makinghomeaffordable.gov. Our representatives are available by phone between the hours of 8 a.m. and 11 p.m. Monday through Thursday, 8 a.m. to 9 p.m. Friday and Saturday from 8 a.m. to 12 p.m., Eastern Time.

**If we can reach an agreement to resolve your default, we will not proceed with and/or commence foreclosure, as long as you comply with the agreement and make required payments.**

**Counseling**
HUD approved home ownership counseling may be available to you. You should call (800) 569-4287 or TDD (800) 877-8339, or go to HUD's website at www.hud.gov to find the HUD-approved housing counseling agency nearest you. You may be eligible for assistance from the Homeownership Preservation Foundation, which may be reached at the Homeowner's HOPE™ Hotline at 888-995-HOPE™ (888-995-4673) or at their website, www.995hope.org, or you make seek help from another non-profit foreclosure avoidance agency.

**Additional Options Under the Servicemembers Civil Relief Act (SCRA)**
Active service members and veterans of the United States military may be entitled to certain interest rate and foreclosure protections under the SCRA. If you are a member or veteran of the United States military, we encourage you to assert and protect your rights as a member or veteran of the armed forces of the United States. If you or your spouse is serving on active military duty, including active military duty of the National Guard or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to SPS immediately. If you have questions regarding eligibility and application requirements, please call us at (800) 635-9698.

**Your Rights**
If you wish to dispute your delinquency or the amount required to Cure the Default, you may do so by providing a written dispute to SPS at the following address:

Select Portfolio Servicing, Inc.
PO Box 65277
Salt Lake City, Utah 84165

Exhibit F - 3

You may call SPS at our toll free number (800) 258-8602 to discuss your dispute. However, to protect your rights under federal law, you will need to provide written notice to SPS if you believe that your dispute is unresolved.

If you meet the conditions to reinstate, as provided in the Security Instrument, you may reinstate your account even after foreclosure has been initiated but prior to sale. This means that once you have met the conditions, the enforcement of the Security Instrument will be stopped and your Note and Security Instrument will remain, as if demand for payment in full had not been made. You will have this right at any time before the earliest of; (a) five days before sale of the property under any power of sale granted by the Security Instrument; (b) another period as applicable law might specify for the termination of your right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing your Security Instrument. SPS requires that you pay reinstatement amounts in certified funds. Certified funds include a bank wire, cashier's bank check, attorney trust account check, title or escrow company check, or Western Union Quick Collect. Please contact SPS at (800) 635-9698 for instructions on submitting these funds. If you reinstate, the Security Instrument shall remain fully effective as if no foreclosure action had started.

You have the right to take legal action to defend a foreclosure if you claim that the loan is not in default or if you believe that you have any other defense to the foreclosure.

**You have options to avoid foreclosure. THE TIME TO ACT IS NOW. Please call us at (800) 635-9698.**


Sincerely,


Select Portfolio Servicing, Inc.


**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir.
Nuestros representantes bilingües están a su disposición  para contestar cualquier
pregunta llamando al teléfono 1-800-831-0118 y marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information
obtained will be used for that purpose.**

**Minnesota – This collection agency is licensed by the Minnesota Department of Commerce
New York City – Collection Agency License #1170514**

**Exhibit F - 4**